UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>Plaintiff,<br><br>v.<br><br>CASKEY, et al.,<br><br>Defendant. | No. 2: 17-cv-1856 GEB KJN P<br><br><br><br>ORDER |

Pursuant to the mailbox rule, on December 21, 2017, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 13, 2017 dismissing his complaint with leave to amend. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 13, 2017 is affirmed.

Dated: January 24, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1