UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT, | No. 2: 17-cv-1856 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CASKEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action filed pursuant to 42 U.S.C. § 1983. On April 2, 2018, service was returned executed on defendants Caskey and Soto. (ECF No. 21.) On April 6, 2018, the undersigned referred this action to the Post-Screening ADR Project and stayed this case for 120 days. (ECF No. 22.)

On May 3, 2018, defendants filed a motion to opt out of the pilot program. (ECF No. 27.) Good cause appearing, defendants' motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the pilot program (ECF No. 27) is granted;

2. The stay in this action is lifted;

////

////

////

1

3. Defendants shall file a response to plaintiff's amended complaint within thirty days of the date of this order.

Dated: May 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Burn1856.ord

kc