UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>CASKEY, et al.,<br><br>    Defendants. | No. 2: 17-cv-1856 KJM KJN P<br><br>FINDINGS & RECOMMENDATIONS |

On March 12, 2019, the undersigned granted defendants' motion to dismiss as to plaintiff's claim alleging that defendants Soto and Caskey denied plaintiff access to his legal property in violation of his right to access the courts. (ECF No. 38.) The undersigned granted plaintiff thirty days to file a second amended complaint. (Id.) Over thirty days have passed from March 12, 2019, and plaintiff did not file a second amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 30, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Burn1856.fta